UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 1:19-CV-12358-LTS

---

PILGRIM INSURANCE COMPANY,
    Plaintiff,

v.

WESTFIELD TRANSPORT, INC.,
VOLODOYMYR ZHUKOVSKYY,
DARTANYAN GASANOV, JOSHUA
MORIN, JOYANN M. MORIN, MICHAEL
FERAZZI, EMANUEL RIBIERO, STEVEN
LEWIS, EDWARD CORR, JOANNE
CORR, DANIEL PEREIRRA, AARON
PERRY, DESMA OAKES, ALBERT
MAZZA, DOUGLAS HAYWARD,
BRENDA HAYWARD, DAVID BARK and
MARY LOU WELCH,
    Defendants.

---

## NOTICE OF APPEARANCE

Please enter my Appearance for the **Defendants, Westfield Transport and Dartanyan Gasonov**, in reference to the above-entitled matter.

                              The Defendants
                              **Westfield Transport and Dartanyan Gasonov**

                              By Their Attorneys

Dated:                                  _____
                                    Dartanyan Gasanov, Individually and for the
                                    Defendant, Westfield Transport, Inc.
                                    90 Allison Lane
                                    West Springfield, MA 01089

CERTIFICATE OF SERVICE

I, Dartanyan Gasanov, do hereby certify that on this __10__ day of December, 2019 I caused the foregoing document to be served on all parties of record in this action by mailing a copy thereof, first-class, postage prepaid, to the following:

Michael J. Merriam, Esquire
Law Offices of Michael J. Merriam
99 Bedford Street, Suite 400
Boston, Massachusetts 02111-2221

_____
Dartanyan Gasanov, Individually and for the
Defendant, Westfield Transport, Inc.