

PILGRIM
EXHIBIT
A

**Transaction Type: AMENDMENT**
**Transaction Effective Date: 06/07/2019**
**Process Date: 06/13/2019**

**For Claims Reporting call 617-956-**

**ISSUING COMPANY:**
**Pilgrim Insurance Company**

**Policy Number: CSC00001003760**

**ITEM ONE – Named Insured and Address**
WESTFIELD TRANSPORT INC & DARTANYAN GASANOV
90 ALLISON LN
W SPRINGFIELD, MA 01089-1983

**DECLARATIONS MASSACHUSETTS BUSINESS AUTO COVERAGE FORM**

**Office/Agent: 6000K44**

**Agent Name and Address**
MASS TRANS INSURANCE AGENCY
425 UNION STREET, A1
WEST SPRINGFIELD, MA 01089

***Amendment Reason(s): ADD VEHICLE(S)***

**POLICY PERIOD:**
Policy Covers FROM 08/25/2018 TO 08/25/2019 12:01 AM EST at the Named Insured's address stated above
**NAMED INSURED'S BUSINESS:** OTHER CONTRACT CARRIER
**FORM OF BUSINESS:** CORPORATION
In return for the payment of premium, and subject to all terms of this policy

**ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTO**
This policy only provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "Autos" shown as covered "Autos". "Autos" are shown as covered "Autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS section of the Business Auto Coverage Form next to the name of the coverage.

**LIABILITY INSURANCE**

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form show which autos are covered autos) | LIMIT The most we will pay for any one accident or loss | PREMIUM |
|---|---|---|---|
| Compulsory Bodily Injury | 7 | $20,000 Each Person<br>$40,000 Each Accident | 14,674 |
| Personal Injury Protection | 7 | $8,000 Each Person | 659 |
| Optional Bodily Injury | | $ Each Person<br>$ Each Accident | |
| Property Damage | | $ Each Accident | |
| Combined Single Limit | 7, 8, 9 | $1,000,000 Each Accident | 44,049 |
| Medical Payments | 7 | $5,000 Each Person | 350 |
| Uninsured Motorist | 7 | $100,000 Each Person<br>$300,000 Each Accident | 140 |
| Underinsured Motorist | 7 | $100,000 Each Person<br>$300,000 Each Accident | 350 |

**PHYSICAL DAMAGE INSURANCE**
Actual Cash Value or cost of repair, whichever is less, minus the deductible for each Covered Auto

| | | | |
|---|---|---|---|
| Comprehensive Coverage | 7 | SEE SCHEDULE Deductible | 4,221 |
| Specified Perils | | Deductible | |
| Collision | 7 | SEE SCHEDULE Deductible | 17,752 |
| Limited Collision | | Deductible | |
| Rental Reimbursement | | | |
| Towing and Labor | | | |
| | | **PREMIUM FOR ENDORSEMENTS** | $479 |
| | | **ESTIMATED TOTAL PREMIUM** | 82,195 |

Countersigned by: William D. Hartranft — President; [signature] — Assistant Secretary

Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

**ADDITIONAL INFORMATION**

| | Liability | Comprehensive | Collision | Rating ID: |
|---|---|---|---|---|
| Experience Modifications: | 1.62 | 1.07 | 1.07 | 1 |

Company Use Fields: FID #: 454028222 MC #: DOT #: 2896429
Policy Type: CED

Forms and Endorsement attached to this Coverage Form:

| | | |
|---|---|---|
| CA 00 01 03/2006 | CA 23 86 01/2006 | CA 23 94 03/2006 |
| CA 99 17 10/2002 | CA ERM 01 02/2006 | CA NOP 01 02/2006 |
| IL 00 03 04/1998 | IL 00 17 11/1998 | IL 00 21 04/1998 |
| MCS 90 10/1999 | MM 00 97 09/2008 | MM 20 26 10/2006 |
| MM 99 11 10/2011 | MM 99 13 10/2006 | MM 99 17 09/1998 |
| MM 99 23 09/1998 | MM 99 50 09/1998 | MM 99 51 09/1998 |
| MM 99 54 09/1998 | MM 99 55 10/2006 | MM 99 56 09/2002 |
| MM 99 67 09/1998 | | |

Driver Information:

| Driver No. | Driver Name | Date of Birth | License Number | State |
|---|---|---|---|---|
| 1 | DUNYADAR GASANOV | 06/26/1984 | XXXXXX883 | MA |
| 2 | DARTANYAN GASANOV | 07/07/1985 | XXXXXX444 | MA |

 Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

**ITEM THREE – SCHEDULE OF COVERED AUTOS YOU OWN**

**VEHICLE INFORMATION DESCRIPTION**

| Auto No. | Year Make Model Vehicle ID No. (VIN) | Limit of Insurance/ Cost New | Size GVW, GCW or Vehicle Seating Capacity | Territory Town and State where the Covered Auto will be Garaged Territory/Premium Town/Zip |
|---|---|---|---|---|
| 1 | 2016 RAM 2500 ST 3C6UR5CL9GG248710 | $45,000 | 12,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 2 | 2015 QUALI UTILITY 5W0FL3525FL000874 | $7,000 | 14,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 3 | 2017 RAM 4500 3C7WRLEL8HG721505 | $55,000 | 43,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 5 | 2017 RAM 4500 3C7WRLDL0HG738168 | $55,000 | 39,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 6 | 2015 TRAIL UTILITY 5NHTEM920FG000426 | $21,500 | 22,000 | WEST SPRINGFIELD, MA, 14 01089 |

**CLASSIFICATION**

| Auto No. | Use ** | Plate No. | Plate Type | Class | Radius | Mobile Equipment | Inspect Code | Loss of Use Day/Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | C | S26138 | CON | 23622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 2 | C | D37112 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 3 | C | 5378A | APN | 33622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 5 | C | 5484A | APN | 33622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 6 | C | E11695 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |

Business Use: S = Service, R = Retail, C = Commercial, N = Non-Business, H = Heavy Commercial/Special

**LIABILITY LIMITS** (* Limits in Thousands)

| * Compulsory Bodily Injury (20/40) | | * PIP 8 per pers. | * Optional Bodily Injury/CSL | | * Property Damage (compulsory limit 5) | | | * Auto Medical Payments | | * Uninsured Motorist (compulsory limit 20/40) | | * Underinsured Motorist | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auto No. | Prem | Prem | Limit | Prem | Limit | Ded | Prem | Limit | Prem | Limit | Prem | Limit | Prem |
| 1 | $1,777 | $80 | 1,000 | $5,139 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 2 | $281 | $13 | 1,000 | $877 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 3 | $1,870 | $84 | 1,000 | $5,802 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 5 | $1,870 | $84 | 1,000 | $5,802 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 6 | $281 | $13 | 1,000 | $877 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |

Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

## VEHICLE INFORMATION

### DESCRIPTION

| Auto No. | Year Make Model Vehicle ID No. (VIN) | Limit of Insurance/ Cost New | Size GVW, GCW or Vehicle Seating Capacity | Territory Town and State where the Covered Auto will be Garaged Territory/Premium Town/Zip |
|---|---|---|---|---|
| 7 | 2018 CHEVROLET SILVERADO K3500 1GB4KYEY4JF232788 | $55,000 | 14,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 8 | 2018 RAM 3500 3C7WRTCL9JG247458 | $55,000 | 14,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 10 | 2018 SHIP UTILITY 4S9SD5322JS422826 | $24,000 | 12,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 11 | 2017 RAM 2500 SLT 3C6UR5DL9HG678513 | $55,000 | 12,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 14 | 2018 KAUFM UTILITY 5VGFL3521JL001933 | $25,000 | 14,000 | WEST SPRINGFIELD, MA, 14 01089 |

### CLASSIFICATION

| Auto No. | Use ** | Plate No. | Plate Type | Class | Radius | Mobile Equipment | Inspect Code | Loss of Use Day/Amount |
|---|---|---|---|---|---|---|---|---|
| 7 | C | T81707 | CON | 23622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 8 | C | T58739 | CON | 23622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 10 | C | E38284 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 11 | C | T58726 | CON | 23622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 14 | C | E11665 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |

Business Use: S = Service, R = Retail, C = Commercial, N = Non-Business, H = Heavy Commercial/Special

### LIABILITY LIMITS (* Limits in Thousands)

| | * Compulsory Bodily Injury (20/40) | * PIP 8 per pers. | * Optional Bodily Injury/CSL | | * Property Damage (compulsory limit 5) | | | * Auto Medical Payments | | * Uninsured Motorist (compulsory limit 20/40) | | * Underinsured Motorist | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auto No. | Prem | Prem | Limit | Prem | Limit | Ded | Prem | Limit | Prem | Limit | Prem | Limit | Prem |
| 7 | $1,777 | $80 | 1,000 | $5,139 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 8 | $1,777 | $80 | 1,000 | $5,139 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 10 | $281 | $13 | 1,000 | $877 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 11 | $1,848 | $80 | 1,000 | $5,345 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 14 | $292 | $13 | 1,000 | $912 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |

 Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

## VEHICLE INFORMATION

### DESCRIPTION

| Auto No. | Year Make Model<br>Vehicle ID No. (VIN) | Limit of Insurance/ Cost New | Size GVW, GCW or Vehicle Seating Capacity | Territory<br>Town and State where the Covered Auto will be Garaged<br>Territory/Premium Town/Zip |
|---|---|---|---|---|
| 15 | 2019 GMC<br>SIERRA K3500<br>1GD42TCY5KF113002 | $55,000 | 14,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 18 | 2018 UTILITY<br>TRAILER<br>4S9SD5324JS452827 | $24,000 | 12,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 19 | 2018 SHIPSHE<br>TRAILER<br>4S9SD5320JS452825 | $24,000 | 12,000 | WEST SPRINGFIELD, MA, 14 01089 |
| 20 | 2017 SHIPSHE<br>TRAILER<br>4S9SD5324HS452725 | $24,000 | 22,000 | WEST SPRINGFIELD, MA, 14 01089 |
| | | | | |

### CLASSIFICATION

| Auto No. | Use ** | Plate No. | Plate Type | Class | Radius | Mobile Equipment | Inspect Code | Loss of Use Day/Amount |
|---|---|---|---|---|---|---|---|---|
| 15 | C | T53896 | CON | 23622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 18 | C | E42088 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 19 | C | E57640 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |
| 20 | C | E70683 | TRN | 68622 | LONG DISTANCE (201+ MILES) | | 9 | |
| | | | | | | | | |

Business Use: S = Service, R = Retail, C = Commercial, N = Non-Business, H = Heavy Commercial/Special

### LIABILITY LIMITS (* Limits in Thousands)

| * Compulsory Bodily Injury (20/40) | | * PIP 8 per pers. | * Optional Bodily Injury/CSL | | * Property Damage (compulsory limit 5) | | | * Auto Medical Payments | | * Uninsured Motorist (compulsory limit 20/40) | | * Underinsured Motorist | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auto No. | Prem | Prem | Limit | Prem | Limit | Ded | Prem | Limit | Prem | Limit | Prem | Limit | Prem |
| 15 | $1,777 | $80 | 1,000 | $5,139 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 18 | $281 | $13 | 1,000 | $877 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 19 | $281 | $13 | 1,000 | $877 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| 20 | $281 | $13 | 1,000 | $877 | | | | 5 | $25 | 100/300 | $10 | 100/300 | $25 |
| | | | | | | | | | | | | | |

 Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

**PHYSICAL DAMAGE**

| Auto No | @ Vehicle Type and Limit | ** Specified Perils | | | Comprehensive | | Collision | | Limited Collision | | *** Waiver of Ded. | *** Loss of Use | *** Towing and Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cov. | Ded. | Pre. | Ded | Prem. | Ded | Prem | Ded. | Prem | | | |
| 1 | ACV | | | | 1,000 FULL GLASS | $448 | 1,000 WITH WAIVER | $1,822 | | | YES | | |
| 2 | | | | | | | | | | | | | |
| 3 | ACV | | | | 1,000 FULL GLASS | $472 | 1,000 WITH WAIVER | $1,916 | | | YES | | |
| 5 | ACV | | | | 1,000 FULL GLASS | $472 | 1,000 WITH WAIVER | $1,916 | | | YES | | |
| 6 | ACV | | | | 1,000 FULL GLASS | $165 | 1,000 WITH WAIVER | $705 | | | YES | | |

** F- Fire Coverage; T- Theft Coverage; F & T – Fire and Theft Coverage; CAC – Combined Additional Coverage
*** YES Designates Loss of Use/Towing and Labor applies
@ Designates whether ACV (Actual Cash Value), SA (Stated Amount) or AV (Agreed Value) and, except for ACV, the Limit of Liability.

| Auto No. | Except for all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of loss. |
|---|---|
| 1 | TD AUTO FINANCE LLC PO BOX 997551, SACRAMENTO, CA, 94203 |
| | |
| 3 | CITIZENS BANK NA PO BOX 255587, SACRAMENTO, CA, 95865 |
| 5 | ALLY FINANCIAL PO BOX 8138, COCKEYSVILLE, MD, 21030 |
| 6 | NAVITAS CREDIT CORP 111 EXECUTIVE CENTER DR SUITE 102, COLUMBIA, SC, 29210 |

 Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

**PHYSICAL DAMAGE**

| Auto No | @ Vehicle Type and Limit | ** Specified Perils | | | Comprehensive | | Collision | | Limited Collision | | *** Waiver of Ded. | *** Loss of Use | *** Towing and Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cov. | Ded. | Pre. | Ded | Prem. | Ded | Prem | Ded. | Prem | | | |
| 7 | ACV | | | | 1,000 FULL GLASS | $448 | 1,000 WITH WAIVER | $1,822 | | | YES | | |
| 8 | ACV | | | | 1,000 FULL GLASS | $448 | 1,000 WITH WAIVER | $1,822 | | | YES | | |
| 10 | ACV | | | | 1,000 FULL GLASS | $192 | 1,000 WITH WAIVER | $821 | | | YES | | |
| 11 | ACV | | | | 1,000 FULL GLASS | $448 | 1,000 WITH WAIVER | $1,822 | | | YES | | |
| 14 | ACV | | | | 1,000 | $170 | 1,000 WITH WAIVER | $821 | | | YES | | |

** F- Fire Coverage; T- Theft Coverage; F & T – Fire and Theft Coverage; CAC – Combined Additional Coverage
*** YES Designates Loss of Use/Towing and Labor applies
@ Designates whether ACV (Actual Cash Value), SA (Stated Amount) or AV (Agreed Value) and, except for ACV, the Limit of Liability.

| Auto No. | Except for all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of loss. |
|---|---|
| 7 | ALLY FINANCIAL PO BOX 8138, COCKEYSVILLE, MD, 21030 |
| 8 | ALLY FINANCIAL PO BOX 8138, COCKEYSVILLE, MD, 21030 |
| 10 | STEARNS BANK PO BOX 4248, BELLEVUE, WA, 98009 |
| 11 | UKRANIAN SELF RELIANCE NE FCU 21 SILAS DEANE HIGHWAY, WETHERSFIELD, CT, 06109 |
| 11 | MURADJOHN OSMALI 284 MAIN ST, WEST SPRINGFIELD, MA, 01089 |
| 14 | WORCESTER TRANSPORTATION CORP 284 MAIN ST, WEST SPRINGFIELD, MA, 01089 |

Policy Number: CSC00001003760

**PHYSICAL DAMAGE**

| Auto No | @ Vehicle Type and Limit | ** Specified Perils | | | Comprehensive | | Collision | | Limited Collision | | *** Waiver of Ded. | *** Loss of Use | *** Towing and Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cov. | Ded. | Pre. | Ded | Prem. | Ded | Prem | Ded. | Prem | | | |
| 15 | ACV | | | | 1,000 FULL GLASS | $448 | 1,000 WITH WAIVER | $1,822 | | | YES | | |
| 18 | ACV | | | | 1,000 | $170 | 1,000 WITH WAIVER | $821 | | | YES | | |
| 19 | ACV | | | | 1,000 | $170 | 1,000 WITH WAIVER | $821 | | | YES | | |
| 20 | ACV | | | | 1,000 | $170 | 1,000 WITH WAIVER | $821 | | | YES | | |
| | | | | | | | | | | | | | |

** F- Fire Coverage; T- Theft Coverage; F & T – Fire and Theft Coverage; CAC – Combined Additional Coverage

*** YES Designates Loss of Use/Towing and Labor applies

@ Designates whether ACV (Actual Cash Value), SA (Stated Amount) or AV (Agreed Value) and, except for ACV, the Limit of Liability.

| Auto No. | Except for all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of loss. |
|---|---|
| 15 | ALLY FINANCIAL PO BOX 8138, COCKEYSVILLE, MD, 21030 |
| 18 | STEARNS BANK 500 13TH STREET, ALBANY, MN, 56307 |
| 19 | STEARNS BANK NA 500 13TH ST, ALBANY, MN, 56307 |
| 20 | STEARNS BANK NA 500 13TH ST, ALBANY, MN, 56307 |

Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

**ITEM FOUR – SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

**LIABILITY COVERAGE – RATING BASIS, COST OF HIRE**

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If Liability Coverage is primary) | PREMIUM |
|---|---|---|---|---|
| | IF ANY | | | $185.00 |
| | | | TOTAL PREMIUM | $185.00 |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**PHYSICAL DAMAGE COVERAGE**

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIRS. MINUS $. FOR EACH COVERED AUTO. BUT NO DEDUCTIBLE, APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | | | |
| SPECIFIED CAUSES OF LOSSES | ACTUAL CASH VALUE OR COST OF REPAIRS. MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | | |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIRS. MINUS $. FOR EACH COVERED AUTO. | | | |

**ITEM FIVE – SCHEDULE FOR NON–OWNERSHIP LIABILITY.**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other than a Social Service Agency | Number of Employees | 1 | $185 |
| | Number of Partners | | |
| Social Service Agency | Number of Employees | | |
| | Number of Volunteers | | |
| | Total Premium | | $185 |

 Copyright, Insurance Services Office, Inc. 2000

Policy Number: CSC00001003760

**ITEM SIX – SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – PUBLIC AUTO OR LEASING RENTAL CONCERNS**

| ESTIMATED YEARLY | RATES | | PREMIUMS | |
|---|---|---|---|---|
| ☐ GROSS RECEIPTS | ☐ Per $100 of Gross Receipts<br>☐ Per Mile | | | |
| ☐ MILEAGE | Per $100 of Gross Receipts | | | |
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | TOTAL PREMIUM | $ | $ |
| | | MINIMUM PREMIUM | $ | $ |

When used as a premium basis:
FOR PUBLIC AUTOS
Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts does not include:

A. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.
B. Advertising Revenue.
C. Taxes which you collect as a separate item and remit directly to a governmental division.
D. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

FOR RENTAL OR LEASING CONCERNS
Gross receipts means the total amount to which you are entitled for the leasing or rental of "autos" during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total live and dead mileage developed by all the "autos" you leased or rented to others during the policy period.

 Copyright, Insurance Services Office, Inc. 2000

THIS ENDORSEMENT CHANGES THE POLICY TO COMPLY WITH MASSACHUSETTS LAW. PLEASE READ IT CAREFULLY.

# MASSACHUSETTS MANDATORY ENDORSEMENT

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Condition A., Cancellation, is replaced by the following:

A. **Cancellation**

You can cancel all or any part of the insurance at any time by giving us or your agent at least 20 days written notice.

We can cancel all or any part of the insurance if:

1. You have not paid your premium on this policy.

2. We find that you were responsible for fraud or material misrepresentation when you applied for this policy or any extension or renewal of it.

3. Your driver's license or auto registration has been under suspension or revocation during the policy period.

If the driver's license or auto registration of anyone residing in your household who usually operates a covered "auto" has been under suspension or revocation during the policy period, we may suspend coverage for that person for all coverages under this policy except those coverages and limits required under Massachusetts law to register a motor vehicle.

We can cancel any coverage we are not required by Massachusetts law to sell you if we do so within the first 90 days of the policy period. Also, we can cancel in the same manner coverage limits which are higher than the limits we are required by law to sell you and any coverages designed to reduce the deductibles set by law.

Massachusetts law provides that your policy automatically terminates when:

1. You return the registration plates for a covered "auto" to the Registry of Motor Vehicles.

2. You purchase a new policy with another company covering a covered "auto" and you file a new Certificate of Insurance with the Registry of Motor Vehicles.

3. If you transfer title to a covered "auto" and you do not register another auto, this policy will terminate 30 days from the date of transfer of title.

 Copyright, Automobile Insurers Bureau, 2002

However, if more than one covered "auto" is described on the Declarations, the termination of coverage applies only to the "auto" involved in one of the situations described above.

Any notice of cancellation will be sent to you at your last address shown on the Declarations at least 20 days prior to the effective date. A notice sent by regular mail, for which a certificate of mailing receipt has been obtained from the United Stated Postal Service, will be considered sufficient notice.

In order to cancel the rights of any loss payee shown in the policy, a notice of cancellation must also be sent to the loss payee in a similar manner.

If we cancel the insurance provided under this policy for Massachusetts registered vehicles, the cancellation is not effective unless we send the required notice to the Massachusetts Registry of Motor Vehicles.

Refunds of any premium will be sent to you as soon as possible. If we cancel, the amount of your refund will be determined by a pro rata table based on the number of days the insurance was in effect. If the policy is cancelled by you or by law, you will get a refund which is less than proportional to the time involved. It will be based instead on a "short rate" table and procedures which compensate us for our expenses in servicing your policy.

If you think that we have cancelled the insurance for a covered auto illegally, you can appeal to the Board of Appeals on Motor Vehicle Liability Policies and Bonds. Your cancellation notice will explain how to appeal.

Condition C., Examination of Your Books and Records, is replaced by the following:

C. **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to premium for this policy at any time during the policy period and up to three years afterward.

## COMPULSORY BODILY INJURY TO OTHERS COVERAGE

A. **Coverage**

We will pay all sums an insured legally must pay as damages because of "bodily injury" caused by a covered "auto" in Massachusetts "accidents." The damages we will pay are the amounts the injured person is entitled to collect for "bodily injury" through a court judgment or settlement.

We have the right to defend any lawsuit brought against anyone covered under this coverage for damages which might be payable under this coverage. We also have a duty to defend any lawsuit, even if it is without merit. Our duty to defend ends, however, when we

 Copyright, Automobile Insurers Bureau, 2002

tender, or pay to any claimant, or to a court of competent jurisdiction, with the court's permission, the maximum limits provided under this coverage. We may end our duty to defend at any time during the course of the lawsuit by tendering or paying the maximum limits provided under this coverage, without the need for a judgment or settlement of the lawsuit or a release by the claimant.

We have the right to settle any claim or lawsuit as we see fit. If any person covered under this policy settles a claim without our consent, we will not be bound by that settlement.

1. Who is an insured:

   a. You.

   b. Anyone else using a covered "auto" with your consent.

2. Coverage Extension

   a. Supplementary Payments

      In addition to the Limit of Insurance, we will pay for the "insured":

      (1) All expenses we incur.

      (2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

      (3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

      (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

      (5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

      (6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid or deposited in court the part of the judgment that is within our Limit of Insurance.

      These payments are included in and not in addition to any payment otherwise payable under any Coverage Extension agreement of the policy.

 Copyright, Automobile Insurers Bureau, 2002

B. **Exclusions**

This insurance does not apply to:

1. "Bodily injury" to guest occupants of a covered "auto."

2. "Accidents" outside of Massachusetts or in places in Massachusetts where the public has no right of access.

3. "Bodily injury" to any "employee" of the insured if entitled to Massachusetts workers' compensation benefits.

C. **Limits Of Insurance**

The most we will pay for injuries to one or more persons as a result of "bodily injury" to any one person in any one "accident" is $20,000. Subject to this $20,000 limit, the most we will pay for injuries to two or more people as the result of "bodily injury" to two or more people in any one "accident" is $40,000. This is the most we will pay as the result of a single "accident" no matter how many covered autos or premiums are shown on the Declarations. The limits shown on the Declarations for this coverage are included in and not in addition to the limits shown for Liability Coverage on the Declarations.

D. **Additional Conditions**

1. The law provides a special protection for anyone entitled to damages under this coverage. We must pay their claims even if false statements were made when applying for this policy or the registration for a covered "auto." We must also pay even if you or the legally responsible person fails to cooperate with us after the "accident." We will, however, be entitled to reimbursement from the person who did not cooperate or who made false statements.

2. If a claim is covered by us and also by another company authorized to sell auto insurance in Massachusetts, we will pay only our proportionate share. If an insured is using a covered "auto" you do not own at the time of the "accident," the owner's auto insurance pays up to its limits before we pay. Then, we will pay up to the limits for Compulsory Bodily Injury to Others Insurance shown on the Declarations for any damages not covered by that insurance.

## PERSONAL INJURY PROTECTION COVERAGE

The benefits under this coverage are commonly known as "PIP" or "No-Fault" benefits. It makes no difference who is legally responsible for the "accident."

 Copyright, Automobile Insurers Bureau, 2002

A. **Coverage**

We will pay the benefits described below to an insured injured or killed in an auto "accident." Benefits are paid only for expenses or losses actually incurred within two years after the "accident."

We will pay three kinds of benefits:

1. Medical Expenses

   We will pay all reasonable expenses incurred as a result of the "accident" for necessary medical, surgical, X-ray and dental services. This includes prosthetic devices. It also includes ambulance, hospital, professional nursing and funeral expenses.

2. Lost Wages

   If an injured person is out of work because of the "accident," we will pay lost wages up to 75% of his or her average weekly gross wage or equivalent for the year ending on the day immediately before the "accident." We will not pay for the loss of any other type of income. If the injured person was unemployed at the time of the "accident," we will pay up to 75% of the amount he or she actually lost in earning power as a result of the "accident." Some people have a wage continuation program at work. If so, we will pay them only the difference between the total we would ordinarily pay under this insurance and the amount of the program payments. We will, however, reimburse the program if it allows benefits to be converted into cash or additional retirement credit. Sometimes program benefits are reduced or used up because of payments to the person injured in an "accident." In that case, we will pay for lost wages resulting from any other illness or injury that person has within one year of our last payment. The exact amount of our payment under this paragraph will be determined by Massachusetts law.

3. Replacement Services

   We will reimburse the injured person for reasonable payments made to anyone outside his or her household for necessary services that he or she would have performed without pay for the benefit of the household, had he or she not been injured.

B. **Who Is An Insured**

1. You and, if the form of your business under Item One of the Declarations is shown as an individual, anyone living in your household while:

 Copyright, Automobile Insurers Bureau, 2002

    a. "occupying" a covered "auto;"

b. "occupying" an auto which does not have Massachusetts Compulsory Auto Insurance; or

c. a "pedestrian" struck by an auto which does not have Massachusetts Compulsory Auto Insurance.

2. Any other person while:

a. "occupying" a covered "auto" with your consent;

b. a pedestrian injured by a covered "auto" in Massachusetts or any Massachusetts resident who, while a pedestrian, is struck by a covered "auto" outside of Massachusetts.

C. **Exclusions**

This coverage does not apply to:

1. Anyone who, at the time of the "accident," was operating or "occupying" a motorcycle or any motor vehicle not subject to motor vehicle registration.

2. Anyone who contributed to his or her injury by operating an auto:

a. While under the influence of alcohol, marijuana, or a narcotic drug.

b. While committing a felony or seeking to avoid arrest by a police officer.

c. With the specific intent of causing injury to himself, herself or others.

3. Anyone who is entitled to workers' compensation benefits for the same injury.

D. **Limit Of Insurance**

For any one "accident," we will pay as many people as are injured, but the most we will pay for all benefits to any one person is $8,000. This is the most we will pay as the result of a single "accident" no matter how many covered "autos" or premiums are shown on the Declarations. Some people have a policy of health, sickness, or disability insurance or a contract or agreement with a group, organization, partnership or corporation to provide, pay for, or reimburse the cost of medical expenses ("health plan"). If so, we will pay up to $2,000 of medical expenses for any injured person. We will also pay medical expenses in excess of $2,000 for such injured person which will not be paid by a health plan. Medical expenses must be submitted to the health plan to determine what the health plan will pay before we pay benefits in excess of $2,000 under this coverage. We will not pay for

Copyright, Automobile Insurers Bureau, 2002

medical expenses in excess of $2,000 that the health plan would have paid had the injured person sought treatment in accordance with the requirements of the health plan. In any case, our total payment for medical expenses, lost wages and replacement services will not exceed $8,000.

E. **Additional Conditions**

The Conditions of the Policy are Changed for Personal Injury Protection Insurance by adding:

1. If the "accident" is in Massachusetts or if it is outside Massachusetts and the injured person does not sue for damages, we will pay benefits within a reasonable time - usually 30 days. If the "accident" is outside of Massachusetts and the injured person does sue, then we can wait for a settlement or judgment before paying benefits.

2. If anyone is entitled to Personal Injury Protection benefits and also to benefits under any other insurance provided by this policy, we will pay from this insurance first.

3. We will not pay Personal Injury Protection benefits to or for an injured person, to the extent those benefits would duplicate expenses or losses recovered by that person in a settlement or court judgment.

4. If anyone covered under this policy is also entitled to Personal Injury Protection benefits from any other auto policy, the total benefits payable will not be more than the highest amount payable under whichever one of the policies would have paid the most.

   In that case, each insurer will pay only its proportionate share. We will not pay benefits under this insurance which duplicate payments made under the No-Fault coverage of any other auto policy.

5. We must be authorized to obtain medical reports and other records pertinent to the claim.

6. Within two years after an "accident," we may, at our option, pay the cost of renewing or continuing in force a policy of health, sickness or disability insurance for anyone under this coverage who is unwilling or unable to pay such cost. Our payment will not exceed the cost of renewing or continuing such policy for a period of two years after the "accident." Also, our payment will not operate to reduce the benefits otherwise payable under this coverage.

F. **Definitions**

The following definitions are added for Personal Injury Protection Coverage:

1. "Occupying" means in, upon, getting in, on, out or off.

 Copyright, Automobile Insurers Bureau, 2002

2. "Pedestrian" includes anyone incurring injury as a result of being struck by an auto in an accident and who is not occupying an auto at the time of the accident.

## UNINSURED MOTORISTS COVERAGE

A. **Coverage**

We will pay all sums an insured is legally entitled to recover as damages from the owner or operator of an "uninsured motor vehicle." The damages must result from "bodily injury" sustained by the insured caused by an "accident." The owner's or operator's liability for these damages must result from the ownership, maintenance or use of an "uninsured motor vehicle."

The most we will pay for damages to or for anyone injured in the following situations is $35,000 for each person and $80,000 for each "accident" or the limits you purchased, whichever is less:

1. Anyone injured while using an "auto" without the consent of the owner.

2. Anyone injured while an "auto" is being operated in a prearranged or organized racing, speed or demolition contest or in practice or preparation for any such contest.

This coverage does not apply to the direct or indirect benefit of any insurer or self-insurer under any workers' compensation or similar law.

1. Who is an Insured

   a. You, while "occupying" a covered "auto," while "occupying" an "auto" you do not own, or if injured as a pedestrian.

   b. If the form of your business under Item One of the Declarations is shown as an individual, any "household member," while "occupying" a covered "auto," while "occupying" an "auto" not owned by you, or if injured as a "pedestrian."

   If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share. We will not pay damages to or for any

   "household member" who has a Massachusetts auto policy of his or her own or who is covered by any Massachusetts auto policy of another "household member" providing uninsured auto insurance with higher limits.

Copyright, Automobile Insurers Bureau, 2002

   c. Anyone else while "occupying" a covered "auto." We will not pay damages to or for anyone else who has a Massachusetts auto policy of his or her own, or who is covered by any Massachusetts auto policy of another "household member" providing uninsured auto insurance.

d. Anyone else for damages he or she is entitled to recover because of injury to a person under this coverage.

If you are injured while "occupying" a covered "auto" and you have two or more "autos" insured with us with different limits, we will only pay up to the limits shown on the Declarations for the "auto" you are "occupying" when injured.

If you are injured as a "pedestrian" or while "occupying" an "auto" you do not own and you have two or more Massachusetts auto policies which provide coverage at different limits, the policy with the higher limits will pay. If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share.

We will not pay damages to or for you if struck by, or while "occupying" an "auto" you own and which does not have Massachusetts compulsory auto insurance.

Likewise, we will not pay damages to or for any "household member" if struck by, or while "occupying" an "auto" owned by that "household member" which does not have Massachusetts compulsory auto insurance.

B. **Limits Of Insurance**

1. The most we will pay for injuries to one or more persons as a result of bodily injury to any one person in any one "accident" is shown on the Declarations as the "each person" limit. Subject to this limit, the most we will pay for injuries to two or more people as the result of bodily injury to two or more people in any one "accident" is shown on the Declarations as the "each accident" limit. This is the most we will pay as the result of a single "accident."

2. The limits of two or more "autos" or policies shall not be added together, combined, or stacked, to determine the limits of coverage available to anyone covered under this insurance, regardless of the number of "autos" involved, persons covered, claims made, or premiums shown on the Declarations.

3. We will not make payments under this coverage which duplicate payments under the Uninsured Motorists Coverage of any other auto policy.

4. We will reduce the damages an injured person is entitled to recover by:

   a. The amount recovered from any legally responsible person provided the injured person is fully compensated for his or her damage for bodily injury.

 Copyright, Automobile Insurers Bureau, 2002

b. The amount paid under a workers' compensation law or similar law.

We will pay the balance of the damages up to the limits shown for this coverage on the Declarations.

C. **Changes In Conditions**

The conditions are changed for Uninsured Motorists Coverage as follows:

1. Other Insurance is deleted.

2. Two or More Coverage Forms or Policies Issued By Us is deleted.

D. **Additional Conditions**

The following conditions are added for Uninsured Motorists Coverage:

1. Arbitration

   If we and an insured disagree whether the insured is legally entitled to recover damages from the owner or operator of an "uninsured motor vehicle" or do not agree as to the amount of damages, either party may make a written demand for arbitration. However, in no event may a demand for arbitration constitute first notice of claim. We must be given sufficient notice of claim to conduct a reasonable investigation and attempt settlement before arbitration can be used.

2. Settlement or Judgment

   If an insured person settles a claim as a result of an "accident" covered under this coverage, we will pay that person only if the claim was settled with our consent.

   We will not be bound under this coverage by any judgment resulting from a lawsuit brought without our written consent. We will not, however, unreasonably withhold our consent.

E. **Definitions**

The following definitions are added for Uninsured Motorists Coverage:

1. "Household member" means anyone living in your household who is related to you by blood, marriage or adoption. This includes wards, step-children or foster children.

2. "Occupying" means in, upon, getting in, on, out or off.

Copyright, Automobile Insurers Bureau, 2002

3. "Uninsured motor vehicle" means a land motor vehicle or trailer:

   a. To which no "bodily injury" liability policy or bond applies at the time of the "accident," or

   b. To which a "bodily injury" liability policy or bond applies at the time of the "accident," but the insuring or bonding company denies coverage or becomes insolvent.

   c. Which is a hit-and-run vehicle and neither the operator nor owner can be identified.

   However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned by a governmental unit or someone who is legally self-insured.

   b. Owned or regularly used by you.

   c. Designed for use mainly off public roads while not on public roads.

   d. Operated on rails or crawler treads.

   e. While located for use as a residence or premises.

---

## LIABILITY COVERAGE

---

A. **Coverage**

The third paragraph is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense," even if it is without merit. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. If an "insured" settles a claim without our consent, we will not be bound by that settlement. Our duty to defend ends when we tender, or pay to any claimant or to a court of competent jurisdiction, with the court's permission, the maximum amount of the Liability Coverage Limit of Insurance. We may end our duty to defend at any time during the course of the "suit" by tendering, or paying the maximum amount of the Liability Coverage Limit of Insurance, without the need for a judgment or settlement of the "suit" or a release by the claimant.

 Copyright, Automobile Insurers Bureau, 2002

B. **Exclusions**

The Pollution Exclusion is changed by the following:

Paragraph a.(1)(2) only applies to damages payable for "bodily injury" or "property damage" that exceed the limits of insurance we are required to sell you under Massachusetts law. Those limits are $35,000 each person and $80,000 each "accident" for "bodily injury" and $5,000 each "accident" for "property damage." This change, however, does not apply to liability assumed under a contract or agreement.

C. **Limit Of Insurance**

The Limit of Insurance is changed by adding the following:

If the limits of insurance for any vehicle or coverage are shown separately for "bodily injury" and "property damage," the following applies:

Regardless of the number of covered "autos," insureds, premiums paid, claims made or vehicles involved in the "accident," our limit of liability is as follows:

1. The most we will pay for the total of all damages and "covered pollution cost or expense" combined for injuries to one or more persons as a result of "bodily injury" to any one person in any one "accident" is the limit of Bodily Injury Liability shown on the Declarations for "each person."

2. Subject to the limit for "each person," the most we will pay for the total of all damages and "covered pollution cost or expense" combined for injuries resulting from "bodily injury" for two or more people caused by any one "accident" is the limit of Bodily Injury Liability shown on the Declarations for "each accident."

3. The most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from "property damage" caused by any one "accident" is the limit of Property Damage Liability shown on the Declarations.

---

## PHYSICAL DAMAGE COVERAGE

---

A. **Coverage**

Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles is replaced by the following:

If you purchased Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

 Copyright, Automobile Insurers Bureau, 2002

a. "Loss" caused by contact with a bird or animal;

b. "Loss" caused by falling objects or missiles; and

c. Glass breakage.

However, glass breakage, when involving other collision "loss," shall be considered a "loss" under Collision Coverage.

B. **Exclusions**

Exclusion 4.c. of the Business Auto Coverage Form and Exclusion 2.e. of the Motor Carrier Coverage Form are replaced by the following:

Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals. This exclusion does not apply to electronic equipment designed solely for:

1. the reproduction of sound,

2. vehicle recovery and anti-theft device systems, or

3. safety warning systems.

C. **Limit Of Insurance**

Limit of Insurance is changed by adding the following:

If the repair of a damaged part will impair the operational safety of the covered "auto," we will replace the part.

D. **Deductible**

Deductible is replaced by the following:

1. For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown on the Declarations.

2. Any deductible under Comprehensive or Specified Causes of Loss Coverage does not apply to glass breakage or to our obligation to pay for transportation expenses incurred following a theft of a covered auto of the private passenger type.

 Copyright, Automobile Insurers Bureau, 2002

3. Regardless of anything to the contrary, any Comprehensive Coverage deductible shown on the Declarations does apply to loss caused by fire or lightning.

E. **Additional Conditions**

The following Conditions are added for Physical Damage Coverage:

1. **Claims Handling**

You must allow us to have the "auto" appraised after a collision or loss. If we have a direct payment plan approved by the Commissioner of Insurance, we will pay you in accordance with the appraisal and allow you to select a repair shop of your choice. If you choose not to have the covered "auto" repaired, or if we do not receive your Repair Certification Form, or, when requested, you do not make your "auto" available for reinspection within a reasonable period of time following repair, our payments automatically reduce the actual cash value of the covered "auto" if you have further claims. If you later give us proof of proper repair, the actual cash value will be increased.

If you choose not to accept payment under our direct payment plan or we do not have such a plan, and you have the covered "auto" repaired in accordance with the appraisal, you must send us a Completed Work Claim Form. We must pay you within seven days after receiving the form. If we fail to pay you within seven days after receipt of the Completed Work Claim Form, you have the right to sue us. If a court decides that we were unreasonable in refusing to pay you on time, you are entitled to double the amount of damage, plus costs and reasonable attorneys' fees. If you request us to, we will pay the repair shop directly; however, the repair shop must certify that it meets certain requirements. If you choose not to have the covered "auto" repaired, or if we do not receive your Completed Work Claim Form, we will determine the amount of decrease in the actual cash value of the covered "auto" and pay you that amount less your deductible. Our payment automatically reduces the actual cash value of the covered "auto" if you have further claims. If you later give us proof of proper repair, the actual cash value will be increased. We have a right to inspect all repairs.

2. **Total Loss**

If we pay for the total "loss" of a covered "auto:"

a. We will suspend Collision or Limited Collision coverage for the damaged covered "auto" until the covered "auto" passes a Motor Vehicle Safety Inspection Test.

b. We may suspend coverage for a fire or theft "loss" under Comprehensive or Specified Causes of Loss Coverage for any replacement "auto" unless it is made reasonably available for our inspection within two Registry of Motor Vehicle business days following the day you acquired it.

Copyright, Automobile Insurers Bureau, 2002

    c.  We have the right, if we so choose, to take title to the "auto." We also have the right, if we so choose, to take any damaged part for which we pay.

3.  **Sales Tax**

If we pay for a loss to a covered "auto" under Physical Damage Coverage, we will also pay, subject to your deductible, all sales taxes applicable to the loss of an auto.

4.  **Loss Payee**

When the Declarations shows that a loss payee has a secured interest in a covered "auto," we will make payments under Physical Damage Coverage according to the legal interest of each party.

The loss payee's right of payment will not be invalidated by your acts or neglect except that we will not pay if the "loss" to a covered "auto" is the result of conversion, embezzlement, or secretion by you or any household member. Also, we will not pay the loss payee if the "loss" to a covered "auto" is the result of arson, theft, or any other means of disposal committed by you or at your direction.

When we pay any loss payee we shall, to the extent of our payment, have the right to exercise any of the loss payee's legal rights of recovery. If you do not file a proof of loss as provided in this policy, the loss payee must do so within 30 days after the "loss" becomes known to the loss payee.

In order for us to cancel the rights of any loss payee shown on the Declarations, a notice of cancellation must be sent to the loss payee as provided in this policy.

5.  **Pre-Insurance Inspection**

Massachusetts law requires that we inspect certain motor vehicles before providing Physical Damage Coverage. In some cases, we may defer the required inspection of the covered "auto" for ten calendar days (not including legal holidays/and Sundays) following the effective date of coverage. If you do not have the covered "auto" inspected within the time allowed, coverage for that "auto" will be automatically suspended. Your premium will be adjusted if the suspension lasts for more than ten days.

6.  Actual Cash Value

Whenever the appraised cost of repair of an auto plus the probable salvage value of the auto may be reasonably expected to exceed the actual cash value of the auto, we shall determine the auto's actual cash value. Our determination shall be based on a consideration of all of the following factors:

 Copyright, Automobile Insurers Bureau, 2002

1.) the retail book value for an auto of like kind and quality, but for the damage incurred;
2.) the price paid for the auto plus the value of prior improvements to the auto at the time of the accident, less appropriate depreciation;
3.) the decrease in value of the auto resulting from prior unrelated damage which is detected by the appraiser; and
4.) the actual cost of purchase of an available auto of like kind and quality but for the damage sustained.

## BUSINESS AUTO CONDITIONS

A. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed as follows:

1. Paragraph a. is changed by adding after (3) the following:

We may have to pay for "property damage" under Liability Coverage even if you or the legally responsible person fails to give us prompt notice of the accident. In that case, we may be entitled to reimbursement from that person.

2. Paragraph b.(4) is replaced by the following:

(4) Authorize us to obtain medical reports and other records pertinent to the claim.

3. Paragraph c. is replaced by the following:

c. If there is a "loss" to a covered "auto" or its equipment, you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen. You must also report a fire loss to the fire department. The notice to the police or fire department must be on the form required by law.

(2) Do whatever is reasonable to protect the covered "auto" from further damage or "loss." We will pay for any reasonable expenses incurred in doing this.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

4. Paragraph d. is added as follows:

Copyright, Automobile Insurers Bureau, 2002

d.  We may also require you and any person seeking payment under any coverage provided by this policy to submit to an examination under oath at a place designated by us, within a reasonable time after we are notified of the claim.

B.  **Legal Action Against Us** is replaced by the following:

No legal action may be brought against us until there has been full compliance with all the terms of this policy.  In addition, under Liability Coverage, no legal action may be brought against us until we agree in writing that the insured has an obligation to pay or until the amount of that obligation has been finally determined by judgment after trial.  No person or organization, other than an insured, has any right under this policy to bring us into any action to determine the liability of the insured.

C.  **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

Sometimes we may make a payment under this policy to you or to someone else who has a separate legal right to recover damages from others.  In that case, those legal rights may be exercised by us.  Anyone receiving payment under those circumstances must do nothing to interfere with those rights.  He or she must also do whatever is necessary to help us recover for ourselves up to the amount we have paid.  If we then recover more than we paid, we will pay that person the excess, less his or her proportionate share of the recovery, including reasonable attorneys' fees.

Any amount recovered because of a payment we make under Uninsured Motorists Coverage or Underinsured Motorists Coverage of this policy, shall first be applied to any unpaid damages due that person.  Such unpaid damages must be a part of a claim settled with our consent or a part of a judgment resulting from a lawsuit brought with our written consent.  Any balance then remaining shall be applied to the amounts we have paid under Uninsured Motorists Coverage or Underinsured Motorists Coverage.  We will reduce the amount we will pay that person by his or her proportionate share of the costs of recovery including reasonable attorneys' fees.

Sometimes you or someone else may recover money from the person legally responsible for an "accident" and also receive money from us for the same "accident."  If so, the amount we paid must be repaid to us to the extent that you or someone else recovers.

If you or someone else recover money from the person legally responsible for the accident and also receive money from us for the same accident as a payment under Uninsured Motorists Coverage or Underinsured Motorists Coverage of this policy, we must be repaid for any amounts so paid, but only to the extent that such recovery exceeds any unpaid damages due that person under a claim settled with our consent or judgment resulting from a lawsuit brought with our written consent.

 Copyright, Automobile Insurers Bureau, 2002

Whenever we are entitled to repayment from anyone, the amount owed us can be reduced by our proportionate share of the costs of recovering the money, including reasonable attorneys' fees.

D. **Concealment, Misrepresentation Or Fraud** is replaced by the following:

Except with respect to the coverages you are required to purchase in order to register your auto in Massachusetts, we may refuse to pay claims if any oral or written misrepresentation or warranty made in the negotiation of this policy by you, or on your behalf, was made with an actual intent to deceive or if the matter misrepresented or warranted increased the risk of loss.

E. **Premium - Changes**

All premiums for this policy and any renewal or extension thereof shall be computed in accordance with the applicable rules, rates, rating plans, premiums and minimum premiums for the coverage afforded.

If a change requires a premium adjustment, we will adjust the premium as of the effective date of change.

F. **Renewal**

If we decide not to renew this policy or any of its coverages, we must mail our notice to your agent or to you at your last address shown on the Declarations at least 45 days before your policy runs out. A notice sent by regular mail, for which a certificate of mailing receipt has been obtained from the United States Postal Service, will be considered sufficient notice. If we require a renewal application, and you fail to complete and return it to us within the specified time, we then have the right to cancel the renewal policy.

## DEFINITIONS

The Definition of "property damage" is changed as follows:

"Property damage" means damage to tangible property including any applicable sales tax and the costs resulting from loss of use of the damaged property.

 Copyright, Automobile Insurers Bureau, 2002