Civil Action No.: **1:19−CV−12358−LTS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Volodymyr Zhukovskyy__

was received by me on (date) _____.

☒ I personally served the summons on the individual at (place) __Coos County HOC__
_____ on (date) __1-27-2020__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __51.18__ for travel and $ __52.00__ for services, for a total of $ __103.18__ .

I declare under penalty of perjury that this information is true.

__1-27-2020__
Date

_____
Server's Signature

__Mitchell Dodge__
Printed name and title

__55 School St. Suite 101 - Lancaster NH__
Server's Address

COÖS COUNTY SHERIFF DEPT.
55 School St. Suite 101
Lancaster, N.H. 03584
(603) 788-5598

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2020.

Charles G. Douglas, III
Douglas, Leonard & Garvey, P.C.,
14 South Street, Suite 5
Concord, NH 03301
603-224-1988

Gregory V. Sullivan
Malloy and Sullivan LPC
59 Water Street
Hingham, MA 02043
781-749-4141

Michael J. Merriam, Esq.

Dated: 1/31/20