# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PILGRIM INSURANCE COMPANY
*Plaintiff*

v.

WESTFIELD TRANSPORT, INC., ET AL.
*Defendant*

Civil Action No.: **1:19–CV–12358–LTS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dartanyan Gasanov
90 Allison Lane
West Springfield, MA 01089

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Douglas Warnock
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2019–11–18 08:47:39.0, Clerk USDC DMA

Civil Action No.: **1:19–CV–12358–LTS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

**Office of the Sheriff**
**Hampden County** ● 95 Liberty St. ● PO Box 5005 ● Springfield, MA 01101-5005 ● 413-732-5772

January 30, 2020

I hereby certify and return that on 1/29/2020 at 11:50 AM I served a true and attested copy of the FEDERAL SUMMONS & FIRST AMENDED COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF IN A CIVIL ACTION in this action in the following manner: To wit, by delivering in hand to DARTANYAN GASANOV at 90 ALLISON LANE WEST SPRINGFIELD, MA 01089 . Attestation X 1 ($5.00) Basic Service Fee ($20.00) Conveyance ($1.20) Mailing1 ($2.00) Travel ($2.56) Total: $30.76

*Deputy Sheriff*

**Deputy Sheriff Robert Rossi**

_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____            _____
Date                                              Server's Signature

                                               _____
                                               Printed name and title

                                               _____
                                               Server's Address

Additional information regarding attempted service, etc:

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2020.

Charles G. Douglas, III
Douglas, Leonard & Garvey, P.C.,
14 South Street, Suite 5
Concord, NH 03301
603-224-1988

Gregory V. Sullivan
Malloy and Sullivan LPC
59 Water Street
Hingham, MA 02043
781-749-4141

Michael J. Merriam, Esq.

Dated: 2/4/20