# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PILGRIM INSURANCE COMPANY

*Plaintiff*

v.

WESTFIELD TRANSPORT, INC., ET AL.

*Defendant*

Civil Action No.: **1:19-CV-12358-LTS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Douglas Hayward
182 Bridge St.
East Bridgewater, MA 02333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Douglas Warnock
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-11-18 08:47:39.0, Clerk USDC DMA

Civil Action No.: **1:19−CV−12358−LTS**

## PROOF OF SERVICE

**Plymouth County Sheriff's Office**  22 Cottage Street, Brockton MA  02301   Telephone (508) 580-2110
**Plymouth, SS**

1/29/2020

I hereby certify and return that after attempting personal service on 1/28/2020 at 10:10 AM I served a true and attested copy of the Summons, First Amended Complaint for Interpleader and Declaratory Relief in this action in the following manner: To wit, by leaving at the last and usual place of abode of Douglas Hayward 182 Bridge Street East Bridgewater, MA 02333  and by mailing an attested copy of the summons 1st class to the above address on 1/28/2020.  Attest ($10.00) Basic Service Fee ($20.00) Conveyance ($1.50) Postage and Handling ($5.00) Travel ($14.40) Total: $50.90
Left with adult female, Dendra Hayward

*David Coache*

**Deputy Sheriff David Coache**                                                                                                **Deputy Sheriff**

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


_____                                    _____
         Date                                                                        *Server's Signature*

                                                                                 _____
                                                                                        *Printed name and title*

                                                                                 _____
                                                                                        *Server's Address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2020.

Charles G. Douglas, III
Douglas, Leonard & Garvey, P.C.,
14 South Street, Suite 5
Concord, NH 03301
603-224-1988

Gregory V. Sullivan
Malloy and Sullivan LPC
59 Water Street
Hingham, MA 02043
781-749-4141

Michael J. Merriam, Esq.

Dated: 2/4/20