

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NUMBER: 1:19-cv-12358-LTS

PILGRIM INSURANCE
COMPANY,
    Plaintiff,

v.

WESTFIELD TRANSPORT, INC., VOLODOYMYR ZHUKOVSKYY, DARTANYAN GASANOV, JOSHUA MORIN, JOYANN M. MORIN, ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI, EMANUEL RIBIERO, STEVEN LEWIS, ESTATE OF EDWARD CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF JOANNE CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF DANIEL PEREIRA, BY AND THROUGH ITS ADMINISTRATRIX HELEN PEREIRA, ESTATE OF AARON PERRY, BY AND THROUGH ITS EXECUTOR WILLIAM PERRY, ESTATE OF DESMA OAKES, BY AND THROUGH ITS EXECUTRIX MORIAH TIDWELL, ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATRIX BRITTANY MAZZA, DOUGLAS HAYWARD, BRENDA HAYWARD, DAVID BARK, MARY LOU WELCH, VALERIE RIBIERO, PATRICIA SWEENEY, WILLIAM HOOKER, DANA THOMPSON, DAWN

BRINDLEY, MATTHEW
FERAZZI, BRIAN FERAZZI, and
KEVIN FERAZZI,
    Defendants.

### AFFIDAVIT OF ATTORNEY MICHAEL J. MERRIAM IN SUPPORT OF PILGRIM INSURANCE COMPANY'S MOTION FOR ENLARGEMENT OF TIME FOR SERVICE OF PROCESS AS TO CERTAIN DEFENDANTS PURSUANT TO F.R.C.P. 6(b) AND LOCAL RULE 4.1(b)

I, Michael J. Merriam, do depose and state under oath as follows:

1. My name is Michael J. Merriam. I am an attorney licensed to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I have been retained by Pilgrim Insurance Company ("Pilgrim") to file a declaratory judgment action on its behalf and interplead its policy limits into court as the result of a multi-party/multi-fatality accident which occurred on June 21, 2019.

3. Since that time, my office and Pilgrim Insurance Company have been diligently obtaining the information for 23 claimants and their counsel who allege injury as a result of the accident.

4. I amended the declaratory judgment complaint to on or about December 20, 2019 to add additional parties and estate representatives.

5. Since that time, I have sent the amended complaint out for service or agreements to waive service to all of the parties and their counsel.

6. Several parties and their counsel are located in New Hampshire and New Hampshire counsel are in the process of being admitted to this Court pro hac vice

prior to agreeing to sign the waiver of service.

7. I have sent the summons and complaint to be served or agreements for waiver of service to Joyann Morin, Joshua Morin, Emanuel Ribiero, and Steven Lewis and am awaiting the return of the service or waiver documents.

8. There is good cause to extend time for service as to these defendants as this is a complicated multi-party case with numerous injuries and fatalities. Pilgrim and I have been diligent in identifying all of the injured parties to ensure that they have notice of this proceeding.

Signed under the pains and penalties of perjury by:

_____
Michael J. Merriam, Esq.

Dated: February 7, 2020