AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Pilgrim Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-12358-LTS |
| Westfield Transport, Inc. et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pilgrim Insurance Company   .

Date:   04/22/2020

/s/ Andrew E. Callahan
*Attorney's signature*

Andrew E. Callahan, Esq. BBO#: 689875
*Printed name and bar number*

Law Offices of Michael J. Merriam
99 Bedford Street, Suite 400
Boston, Massachusetts 02111-2221
*Address*

acallahan@praclaw.com
*E-mail address*

(617) 428-4200
*Telephone number*

(617) 428-4201
*FAX number*