UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
CASE NUMBER: 1:19-cv-12358-LTS

PILGRIM INSURANCE COMPANY,
    Plaintiff,

v.

WESTFIELD TRANSPORT, INC., VOLODOYMYR ZHUKOVSKYY, DARTANYAN GASANOV, JOSHUA MORIN, JOYANN M. MORIN, ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI, EMANUEL RIBIERO, STEVEN LEWIS, ESTATE OF EDWARD CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF JOANNE CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTAIE OF DANIEL PEREIRA, BY AND THROUGH ITS ADMINISTRATRIX HELEN PEREIRA, ESTATE OF AARON PERRY, BY AND THROUGH ITS EXECUTOR WILLIAM PERRY, ESTATE OF DESMA OAKES, BY AND THROUGH ITS EXECUTRIX MORIAH TIDWELL, ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATRIX BRITTANY MAZZA, DOUGLAS HAYWARD, BRENDA HAYWARD, DAVID BARK, MARY LOU WELCH, VALERIE RIBIERO, PATRICIA SWEENEY, WILLIAM HOOKER, DANA THOMPSON, DAWN BRINDLEY, MATTHEW FERAZZI, BRIAN FERAZZI, and KEVIN FERAZZI,
    Defendants.

1

**DEFENDANT JOSHUA MORIN'S ANSWER TO**
**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INTERPLEADER AND**
**DECLARATORY**
**RELIEF**

FACTS COMMON TO ALL COUNTS

(a)     The Parties

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

8. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

9. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

10. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

11. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.\

12. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

13. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

14. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

15. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

16. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

17. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

18. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

19. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

20. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

21. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

22. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

23. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

24. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

25. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

26. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

27. The plaintiff lacks the knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

28. Admitted.

                                  (b)      <u>Jurisdiction and Venue</u>

29. Admitted.

30. Admitted.

31. Admitted.

                                  (c)      <u>The Claims</u>

32. The defendant incorporates herein by reference his answers to paragraphs 1 through 32 above.

33. Admitted.

34. Admitted.

35. Admitted.

36. The plaintiff lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

(d) <u>The Competing Claims</u>

37. The defendant incorporates herein by reference his answers to paragraphs 1 through 36 above.

38. The defendant admits that several of the claims involve personal injury, loss of consortium and wrongful death but is without sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

38. The defendant admits that he is seeking damages but is without sufficient information or knowledge to admit or deny the remaining allegations of this paragraph.

39. Denied.

40. The plaintiff is without sufficient information or knowledge to admit or deny the allegations in this paragraph.

(e) <u>Pending Litigation</u>

42. The defendant restates his answers to paragraphs 1 through 41 and incorporates them herein. by reference.

43. Admitted.

44. The defendant is without sufficient information to admit or deny the allegations of this paragraph.

45. The defendant is without sufficient information to admit or deny the allegations of this paragraph.

<u>COUNT I</u>

46. The defendant restates his answers to paragraphs 1 through 45 and incorporates them herein by reference.

47. Admitted.

48. The plaintiff is without sufficient knowledge to admit or deny the allegations of this paragraph.

49. The defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph.

50. The defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph.

51. The defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph.

52. The defendant is without sufficient knowledge or information to admit or deny the allegations of this paragraph.

JOSHUA MORIN

By His attorneys,
/s/ Sanuel M. Radner
Haymond Law Firm, P.C.
999 Asylum Avenue, Penthouse Suite
Hartford, CT 06105
sradner@haymondlaw.com
(860) 728-5672
BBO # 965988

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served on those indicated as non-registered participants or their counsel as service of this first amended complaint and summons.

      /s/ Samuel M. Radner

      Samuel M. Radner, Esq.

      Dated: April 28, 2020