|  |  |  |
|---|---|---|
| PILGRIM INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> WESTFIELD TRANSPORT, INC., VOLODOYMYR ZHUKOVSKYY, DARTANYAN GASANOV, JOSHUA MORIN, JOYANN M. MORIN, ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI, EMANUEL RIBIERO, STEVEN LEWIS, ESTATE OF EDWARD CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF JOANNE CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF DANIEL PEREIRA, BY AND THROUGH ITS ADMINISTRATRIX HELEN PEREIRA, ESTATE OF AARON PERRY, BY AND THROUGH ITS EXECUTOR WILLIAM PERRY, ESTATE OF DESMA OAKES, BY AND THROUGH ITS EXECUTRIX MORIAH TIDWELL, ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATRIX BRITTANY MAZZA, DOUGLAS HAYWARD, BRENDA HAYWARD, DAVID BARK, MARY LOU WELCH, VALERIE RIBIERO, PATRICIA SWEENEY, WILLIAM HOOKER, DANA THOMPSON, DAWN BRINDLEY, MATTHEW FERAZZI, BRIAN FERAZZI, AND KEVIN FERAZZI, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:19-CV-12358-LTS |

**JOINT STATEMENT PURSUANT TO LR 16.1 AND FED. R. CIV. P. 16 AND 26**

The parties to the above-entitled case submit this joint statement under Fed.R.Civ.P. 16 and 26 and Local Rule 16.1. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f). Upon information and belief, Dartanyan Gasanov, Volodoymyr Zhukovskyy, Westfield Transport, Inc., Douglas Hayward, Brenda Hayward, David Bark, Emanuel Ribiero and Valerie Ribiero are not represented by counsel in this matter, have not filed an answer to the Complaint, and as such, are not taking part in this Joint Statement.

**Brief Factual and Procedural History**

On June 21, 2019, Westfield Transport, Inc. was the owner of a 2016 Dodge Ram with attached trailer, operated by its employee, Volodoymyr Zhukovskyy along Route 2 in Randolph, New Hampshire, when he was involved in a serious motor vehicle accident ("the accident") with a group of motorcycles. Seven people died and others were injured. At the time of the accident, the plaintiff in this action, Pilgrim Insurance, insured Westfield Transport under Policy Number CSC00001003760, alleged to have a combined single limit of one million dollars ($1,000,000). In January 2020, Pilgrim filed this suit to tender its policy limits.

As of this date, Volodoymyr Zhukovskyy is awaiting trial on multiple criminal charges stemming from this incident. The Estates of Edward Corr and JoAnn Corr have a civil action pending in Plymouth County Superior Court, (1983CV00909), against Westfield Transport, Inc., Dartanyan Gasanov and Volodoymyr Zhukovskyy. Joshua Morin, also injured in the collision, and his wife, JoyAnn Morin, have a civil action pending in Hampden County Superior Court, (1979CV00488). Mary Lou Welch, the common law wife of decedent Albert Mazza, has a civil action pending in Strafford County Superior Court in New Hampshire, (219-2019-CV-00449). The Estate of Albert Mazza has a civil action pending in Hampden Superior

Court, (1979CV00865), against Westfield Transport, Inc., Dartanyan Gasanov and Volodoymyr Zhukovskyy. The Estates of Daniel Pereira, Desma Oakes, Aaron Perry, and Michael Ferrazi have made claims for wrongful death. Matthew Ferazzi, Kevin Ferazzi and Brian Ferazzi have claims for the wrongful death of their father, Michael Ferazzi. Dawn Brindley, Patricia Sweeney, William Hooker, Steven Lewis, and Dana Thompson have claims for bodily injuries.

The criminal matter and the three civil actions are at different phases of the discovery process, which deals in part with insurance coverage and satisfaction of any settlement or judgment which may arise. The defendants in this matter contend that it is premature to accept the $1,000,000 Pilgrim Insurance policy limits until certain aspects of discovery in the underlying civil actions are substantially complete.

As the parties understand that this matter will involve limited discovery, whether through this interpleader action or in the previously filed civil actions, the parties propose and agree on the following scheduling guidelines:

1. Limited factual discovery, to include interrogatories and requests for documents, shall be completed by August 14, 2020.

2. No expert discovery will be necessary for this interpleader action.

3. A status conference will be held on August 27, 2020, telephonically or by video conference if necessary.

4. Motions to amend pleadings and/or join of parties shall be filed with the Court by or before December 11, 2020.

5. Dispositive Motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by January 15, 2021

with any opposition due thirty days thereafter.

6. An initial Pre-Trial Conference, if required, will be held in or after May 2021. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

### Parties' Recommendation

The parties recommend that the Court hold the current Rule 16 conference scheduled for May 6, 2020 by telephone or video conference, or in the alternative, postponed until August 27, 2020 after the parties have completed some limited discovery. The parties have preliminarily discussed mediation of this matter, but would like additional time to conduct the described discovery before any decisions are made in this regard.

### Certification

Pursuant to LR 16.1, the parties will separately file their Rule 16.1 (d)(3) certifications prior to the scheduling conference.

| PILGRIM INSURANCE COMPANY, | JOSHUA MORIN AND JOYANN MORIN, |
|---|---|
| By Their attorneys, | By Their Attorneys, |
| /s/ Michael J. Merriam | /s/ Samuel M. Radner |
| Michael J. Merriam, Esq. BBO#632964 | Samuel M. Radner, Esq. BBO# 565988 |
| ma.legal@praclaw.com | sradner@haymondlaw.com |
| | The Haymond Law Firm |
| /s/ Andrew E. Callahan | The Penthouse- 999 Asylum Avenue |
| Andrew E. Callahan, Esq. BBO# 689875 | Hartford, CT 06105 |
| acallahan@praclaw.com | (860) 728-5672 |
| Law Offices of Michael J. Merriam | |
| 99 Bedford Street, Suite 400 | |
| Boston, Massachusetts 02111-2221 | |
| (617) 428-4200 | |

KEVIN FERAZZI, BRIAN FERAZZI, MATTHEW FERRAZI, STEVEN LEWIS, PATRICIA SWEENEY, WILLIAM HOOKER, DANA THOMPSON, DAWN BRINDLEY, THE ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATIX, BRITTANY MAZZA, AND THE ESTATE OF DANIEL PEREIRA, BY AND THROUGH ITS ADMINISTRATIX, HELEN PEREIRA,

By Their Attorneys,


 _/s/ David W. White, Jr._____
David W. White, Jr., Esq. BBO # 543797
white@bwglaw.com
Breakstone, White & Gluck, P.C.
Two Center Plaza, Suite 530,
Boston, MA   02108
Phone: (617) 723-7676


ESTATES OF EDWARD CORR AND JOANN CORR, BY AND THROUGH THEIR SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI,

By Their Attorneys,


/s/ Stacey L. Pietrowicz_____
Neil Sugarman, Esq. BBO# 484340
sugarman@sugarman.com
Stacey L. Pietrowicz, Esq. BBO# 672395
spietrowicz@sugarman.com
Rosa M. Mazzeo, Esq.   BBO# 697952
rmazzeo@sugarman.com
Sugarman and Sugarman, P.C.
Prudential Tower
800 Boylston Street- 30th Floor
Boston, MA 02199
(617) 542-1000

MARY LOU WELCH,


By Her Attorneys,


/s/ Charles G. Douglas III_____
Charles G. Douglas III
chuck@nhlawoffice.com
Douglas, Leonard & Garvey, P.C.
14 South Street Suite 5
Concord, NH 03301
(603) 224-1988
(*pro hac vice* admission pending)


and


/s/ Gregory V. Sullivan_____
Gregory V. Sullivan
g.sullivan@att.net
Malloy and Sullivan LPC
59 Water Street
Hingham, MA 02043
781-749-4141


ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI,


By Her Attorneys,


/s/ Robert J. Puckhaber_____
Robert J. Puckhaber, Esq.
bpuck@pucklaw.com
Puckhaber Law Offices
81 N. State Street
P.O. Box 2693
Concord, NH 03302
(603) 224-3322
(*pro hac vice* admission pending)


and

|                                                      | /s/ Stephen M. Salon                                |
|------------------------------------------------------|-----------------------------------------------------|
|                                                      | Stephen M. Salon, Esq. BBO# 439280                  |
|                                                      | ssalon@salonlaw.com                                 |
|                                                      | Salon & Associates                                  |
|                                                      | 160 Old Derby Street                                |
|                                                      | Hingham, MA 02043                                   |

ESTATE OF AARON PERRY, BY AND
THROUGH ITS EXECUTOR WILLIAM
PERRY,

By His Attorneys,


/s/ Claude T. Buttrey_____
Claude T. Buttrey, Esq.
charlie@ivylegal.com
Schuster, Buttrey & Wing, P.A.
79 Hanover Street
P.O. Box 388
Lebanon, NH 03766
(603) 448-4782
(*pro hac vice* admission pending)


And


/s/ Stephen M. Salon_____
Stephen M. Salon, Esq. BBO# 439280
ssalon@salonlaw.com
Salon & Associates
160 Old Derby Street
Hingham, MA 02043

ESTATE OF DESMA OAKES,
BY AND THROUGH ITS EXECUTRIX
MORIAH TIDWELL,

By Her Attorneys,


/s/ Jason R. Crance_____
Jason R. Crance, Esq.
Jason@crancelaw.com
Law Office of Jason R. Crance
65 Dartmouth College Hwy.
Lyme, NH 03768
(603) 643-8801
(*pro hac vice* admission pending)


And


/s/ Stephen M. Salon_____
Stephen M. Salon, Esq. BBO #439280
ssalon@salonlaw.com
Salon & Associates
160 Old Derby Street
Hingham, MA 02043