UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PILGRIM INSURANCE COMPANY,  )
    Plaintiff  )
        )  C.A. No.: 1:19-cv-12358-LTS
v.  )
        )
WESTFIELD TRANSPORT, INC., et al.  )
    Defendants  )

## Local Rule 16.1 (d)(3) Certification
## Defendant Kevin Ferazzi

This will certify that the defendant Kevin Ferazzi and his attorney have conferred about establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation, and to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

_____
Kevin Ferazzi

BREAKSTONE, WHITE & GLUCK, P.C.

_____
David W. White, Jr.
BBO # 543797
Two Center Plaza, Suite 530
Boston, MA 02108-1906
(617) 723-7676
white@bwglaw.com

### Certificate of Service

I, David W. White, Jr. of Breakstone, White & Gluck, P.C. hereby certify that on this date this document will be filed through the electronic filing system of the Court, which system will serve counsel for all parties, and paper copies will be sent to those indicated as non-registered participants.

_____
David W. White, Jr.

Dated: 5/4/20