UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.:  1:19-CV-12358-LTS

---

PILGRIM INSURANCE COMPANY,
    Plaintiff,

v.

WESTFIELD TRANSPORT, INC., VOLODOYMYR ZHUKOVSKYY, DARTANYAN GASANOV, JOSHUA MORIN, JOYANN M. MORIN, ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI, EMANUEL RIBIERO, STEVEN LEWIS, ESTATE OF EDWARD CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF JOANNE CORR, BY AND THROUGH ITS SPECIAL PERSONAL RESPRESENTATIVE ALYCIA MAREGNI, ESTATE OF DANIEL PEREIRRA, BY AND THROUGH ITS ADMINISTRATRIX HELEN PEREIRA, ESTATE OF AARON PERRY, BY AND THROUGH ITS EXECUTOR WILLIAM PERRY, ESTATE OF DESMA OAKES, BY AND THROUGH ITS EXECUTRIX MORIAH TIDWELL, ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATRIX BRITTANY MAZZA, DOUGLAS HAYWARD, BRENDA HAYWARD, DAVID BARK, MARY LOU WELCH, VALERIE RIBIERO, PATRICIA SWEENEY, WILLIAM HOOKER, DANA THOMPSON, DAWN BRINDLEY, MATTHEW FERAZZI, BRIAN FERAZZI, and KEVIN FERAZZI,
    Defendants.

## NOTICE OF LIMITED APPEARANCE
(For Appearing at Scheduling Conference Only)

    Please enter my Limited Appearance for appearing at Scheduling Conference only on May 6, 2020, for the **Defendants, Westfield Transport, Inc**, and **Dartanyan Gasanov** in reference to the above-entitled matter.

The Defendants  
**Westfield Transport, Inc. and**  
**Dartanyan Gasanov**

By Their Attorneys  
KEYES AND DONNELLAN, P.C.

DATED:  **May 6, 2020**  /s/ Kathleen E. Sheehan  
Kathleen E. Sheehan, Esquire  
293 Bridge Street, Suite 600  
Springfield, Massachusetts   01103  
BBO #456910  
(413) 781-6540  
(413) 739-3502 (fax)

## CERTIFICATE OF SERVICE

    I, Kathleen E. Sheehan, Esquire, of Keyes and Donnellan, P.C., 293 Bridge Street, Suite 600, Springfield, Massachusetts, hereby certify that on the 6th day of May, 2020, I served a copy of this document on all counsel of record via the Court's ECF notification system.

/s/ Kathleen E. Sheehan_____  
Kathleen E. Sheehan, Esquire