UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PILGRIM INSURANCE COMPANY,<br><br>        Plaintiffs,<br>v.<br><br>WESTFIELD TRANSPORT, INC., VOLODOYMYR ZHUKOVSKYY, DARTANYAN GASANOV, JOSHUA MORIN, JOYANN M. MORIN, ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI, EMANUEL RIBIERO, STEVEN LEWIS, ESTATE OF EDWARD CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF JOANNE CORR, BY AND THROUGH ITS SPECIAL PERSONAL REPRESENTATIVE ALYCIA MAREGNI, ESTATE OF DANIEL PEREIRA, BY AND THROUGH ITS ADMINISTRATRIX HELEN PEREIRA, ESTATE OF AARON PERRY, BY AND THROUGH ITS EXECUTOR WILLIAM PERRY, ESTATE OF DESMA OAKES, BY AND THROUGH ITS EXECUTRIX MORIAH TIDWELL, ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATRIX BRITTANY MAZZA, DOUGLAS HAYWARD, BRENDA HAYWARD, DAVID BARK, MARY LOU WELCH, VALERIE RIBIERO, PATRICIA SWEENEY, WILLIAM HOOKER, DANA THOMPSON, DAWN BRINDLEY, MATTHEW FERAZZI, BRIAN FERAZZI, AND KEVIN FERAZZI,<br><br>        Defendants. | 1:19-CV-12358-LTS |

1

## **STIPULATION OF DISMISSAL**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that the above-captioned action be dismissed with prejudice, with each party to bear its own costs and attorney's fees and with all rights of appeal waived.

| | |
|---|---|
| PILGRIM INSURANCE COMPANY,<br>By Their attorneys,<br><br>  /s/Andrew E. Callahan<br>_____<br>Michael J. Merriam, Esq. BBO#632964<br>ma.legal@praclaw.com<br>Andrew E. Callahan, Esq. BBO# 689875<br>acallahan@praclaw.com<br>Law Offices of Michael J. Merriam<br>99 Bedford Street, Suite 400<br>Boston, Massachusetts 02111-2221<br>(617) 428-4200<br><br>JOSHUA MORIN AND JOYANN MORIN,<br>By Their Attorneys,<br><br>  /s/Samuel M. Radner/AEC<br>_____<br>Samuel M. Radner, Esq. BBO# 565988<br>sradner@haymondlaw.com<br>The Haymond Law Firm<br>The Penthouse- 999 Asylum Avenue<br>Hartford, CT 06105<br>(860) 728-5672 | ESTATES OF EDWARD CORR AND<br>JOANN CORR, BY AND THROUGH THEIR<br>SPECIAL PERSONAL REPRESENTATIVE<br>ALYCIA MAREGNI,<br>By Their Attorneys,<br><br>*[signature]*<br><br>_____<br>Neil Sugarman, Esq. BBO# 484340<br>sugarman@sugarman.com<br>Stacey L. Pietrowicz, Esq. BBO# 672395<br>spietrowicz@sugarman.com<br>Rosa M. Mazzeo, Esq.   BBO# 697952<br>rmazzeo@sugarman.com<br>Sugarman and Sugarman, P.C.<br>Prudential Tower<br>800 Boylston Street- 30th Floor<br>Boston, MA 02199<br>(617) 542-1000 |

| | |
|---|---|
| ESTATE OF AARON PERRY, BY AND THROUGH ITS EXECUTOR WILLIAM PERRY,<br>By His Attorneys,<br><br>  /s/Claude T. Buttrey/AEC  <br>Claude T. Buttrey, Esq.<br>charlie@ivylegal.com<br>Schuster, Buttrey & Wing, P.A.<br>79 Hanover Street<br>P.O. Box 388<br>Lebanon, NH 03766<br>(603) 448-4782<br>(*pro hac vice* admission pending)<br><br>And<br><br>  /s/Stephen M. Salon/AEC  <br>Stephen M. Salon, Esq. BBO# 439280<br>ssalon@salonlaw.com<br>Salon & Associates<br>160 Old Derby Street<br>Hingham, MA 02043 | MARY LOU WELCH,<br>By Her Attorneys,<br><br>  /s/Charles G. Douglas III/AEC  <br>Charles G. Douglas III<br>chuck@nhlawoffice.com<br>Douglas, Leonard & Garvey, P.C.<br>14 South Street Suite 5<br>Concord, NH 03301<br>(603) 224-1988<br>(*pro hac vice* admission pending)<br><br>and<br><br>  /s/Gregory V. Sullivan /AEC  <br>Gregory V. Sullivan<br>g.sullivan@att.net<br>Malloy and Sullivan LPC<br>59 Water Street<br>Hingham, MA 02043<br>781-749-4141 |
| ESTATE OF ALBERT MAZZA, BY AND THROUGH ITS ADMINISTRATIX, BRITTANY MAZZA,<br><br>  /s/Stephen Semenza/AEC  <br>Stephen Semenza, Esq.<br>BBO# 694745<br>Kelly & Associates<br>83 Atlantic Avenue, Ste. 202<br>Boston, MA 02110<br>Stephen@1800lawguys.com | ESTATE OF MICHAEL FERAZZI, BY AND THROUGH ITS EXECUTRIX SHIRLEY FERAZZI,<br>By Her Attorneys,<br><br>  /s/Robert J. Puckhaber/AEC  <br>Robert J. Puckhaber, Esq.<br>bpuck@pucklaw.com<br>Puckhaber Law Offices<br>81 N. State Street<br>P.O. Box 2693<br>Concord, NH 03302<br>(603) 224-3322<br>(*pro hac vice* admission pending)<br><br>and<br><br>  /s/Stephen M. Salon/AEC  <br>Stephen M. Salon, Esq. BBO# 439280<br>ssalon@salonlaw.com<br>Salon & Associates<br>160 Old Derby Street<br>Hingham, MA 02043 |

| | |
|---|---|
| STEVEN LEWIS, ESTATE OF DANIEL PEREIRA, BY AND THROUGH ITS ADMINISTRATIX, HELEN PEREIRA, | ESTATE OF DESMA OAKES, BY AND THROUGH ITS EXECUTRIX MORIAH TIDWELL, By Her Attorneys, |

/s/Steven P. Sabra/AEC

Steven P. Sabra, Esq.
BBO# 437020
Bernadette L. Sabra, Esq.
BBO# 437000
Sabra & Aspden, P.A.
1026 County Street
Somerset, MA 02726
Ssabra@sabraandaspden.com

/s/Jason R. Crance/AEC

Jason R. Crance, Esq.
Jason@crancelaw.com
Law Office of Jason R. Crance
65 Dartmouth College Hwy.
Lyme, NH 03768
(603) 643-8801
(*pro hac vice* admission pending)

And

/s/Stephen M. Salon/AEC

Stephen M. Salon, Esq. BBO #439280
ssalon@salonlaw.com
Salon & Associates
160 Old Derby Street
Hingham, MA 02043

WESTFIELD TRANSPORT, INC. AND DARTANYAN GASANOV,
By their Attorneys,

/s/Laurence B. Cote/AEC

Laurence B. Cote, Esq.
BBO #553816
63 Chatham Street
Third Floor
Boston, MA 02111
617-557-0003
lbcesq@mac.com

4

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served on those indicated as non-registered participants of their counsel as service of this Stipulation of Dismissal.

/s/Andrew E. Callahan
Andrew E. Callahan, Esq.

Dated: October 30, 2020