UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:19-cv-12358-LTS

PILGRIM INSURANCE COMPANY
*Plaintiff,*

v.

WESTFIELD TRANSPORT, INC. ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Stipulation of Dismissal (CM/ECF No. 130) filed by the parties on October 30, 2020, this case is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees and with all rights of appeal waived and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

October 30, 2020